C. M. BRES, Appellant, v. E. A. HATTON, Appellee.

No. 10938.

Court of Civil Appeals of Texas.
San Antonio.

April 16, 1941.

Rehearing Denied May 14, 1941.

David E. Hume, of Eagle Pass, for appellant.

Hugh R. Robertson, of San Antonio, for appellee.

PER CURIAM.

Affirmed without written opinion, on authority of Associated Indemnity Corporation v. J. M. Gatling, Tex.Civ.App., 75 S.W.2d 294.

HARTFORD ACCIDENT & INDEMNITY COMPANY, Appellant, v. Laud JOHNSON, Appellee.

No. 3844.

Court of Civil Appeals of Texas. Beaumont.

April 9, 1941.

Rehearing Denied April 30, 1941.

Albert Maverick and Lamar Cecil, both of Beaumont, for appellant.

Morris & Bennett, of Beaumont, for appellee.

WALKER, Chief Justice.

This appeal was prosecuted from the County Court of Jefferson County at Law, Jefferson County, Texas. Examination of the record and the briefs of the parties discloses no error. Affirmed without written opinion. Texas & N. O. R. Co. v. Futch, Tex.Civ.App., 127 S.W.2d 1040.

Affirmed.